```
 1  DANIEL J. BRODERICK, CA Bar #89424
    Federal Defender
 2  BENJAMIN D. GALLOWAY, CA Bar #214897
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for the Defendant
    WILLIAM GOINGS
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-00329-KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **APPLICATION AND ORDER FOR** |
| v. | ) | **TRANSPORTATION AND SUBSISTENCE** |
| | ) | **PURSUANT TO 18 U.S.C. § 4285** |
| WILLIAM GOINGS, | ) | |
| | ) | Judge: Hon. Edmund F. Brennan |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

Defendant William Goings hereby requests an order for transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

Mr. Goings is ordered to appear in court on November 9, 2011 at 1:30 p.m. at 400 E 9th Street, Kansas City, Missouri before Magistrate Judge Robert E. Larson. Mr. Goings is unable to afford his own transportation from Sacramento, California to Kansas City, Missouri. It may be necessary for Mr. Goings to depart prior to November 9, 2011 to timely make this appearance. Mr. Goings will also need return transportation to his residence on or after November 9, 2011.

DATED: October 25, 2011           Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Benjamin D. Galloway
                                  _____
                                  BENJAMIN D. GALLOWAY
                                  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR.S. 11-00329-KJN |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR TRANSPORTATION AND SUBSISTENCE** |
| WILLIAM GOINGS, | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, William Goings, with transportation and subsistence expenses for travel from Sacramento, California to Kansas City, Missouri to timely make his appearance on November 9, 2011 at 1:30 p.m. at 400 E 9th Street, Kansas City, Missouri before Magistrate Judge Robert E. Larson. Mr. Goings will also need return transportation to his residence on or after November 9, 2011. The United States Marshal must furnish Mr. Goings with money for subsistence expenses to and from his destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code. This order is authorized pursuant to 18 U.S.C. §4285.

**IT IS SO ORDERED.**

Dated: October 25, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE